LAZLO V. KEVICZKY v. ISADORE LORBER and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

LAZLO V. KEVICZKY v. ISADORE LORBER and Another, Impleaded, etc.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant Dry Dock Savings Institution filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

FRIEDRICH ADLER v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 980.] Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part. Settle order on notice.

THOMAS KURTZ and Another v. LOUIS FRIEDMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Estate Tax upon the Estate of WILLIAM EVARTS BENJAMIN, Deceased. THE STATE OF CONNECTICUT. WILLIAM K. LAUGHLIN, as Special Guardian, etc. HENRY ROGERS BENJAMIN and Others. NEW YORK STATE TAX COMMISSION.— Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 981.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

## (April 17, 1942.)

HENRY W. FLEXNER, Appellant, v. B. T. BABBITT, INC., and Others, Respondents, Impleaded with LEON MENDLESON, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DE LANOY, KIPP & SWAN, INC., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY and HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint. [171 Misc. 342.]

CELIA KATZENBERG, as Administratrix, etc., of ABRAHAM S. KATZENBERG, Deceased, and HYMAN PLOTNICK, Appellants, v. IDA H. GRAY and BENJAMIN A. GRAY, Respondents. BELLA LIFSCHITZ and ISIDORE LIFSCHITZ, Plaintiffs, v. IDA H. GRAY and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

K. LOUISE ARNOLD, Appellant, v. AMOS G. BUSSMANN, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO CAMPANELLA, Defendant, Impleaded with ROCCO DOROZZIO (or ROCCO DOROZZO) Alias ROCCO LOMBARDO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.